# The Law Offices of Diane H. Lee, P.C.*

**1630 Center Avenue**
**Fort Lee, NJ 07024**
**TEL: (201)363-0101**
   **(201)482-4183**
   **(551)309-9833**
**FAX: 888-908-3660**
DLEE@DHLLAW.COM
www.thelawofficesofdianehlee.com
*Member of NY and NJ Bars

**11 E. 44th Street**
**Suite 1001**
**New York, NY 10017**

**PLEASE REPLY TO**
**FORT LEE OFFICE**

December 19, 2023

**VIA ECF**
Honorable Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re; Hernandez v. Sun Fish Inc., et al (Case No. 23-cv-01246)**

Dear Judge Kuo:

My firm represents the Defendants in the above-referenced matter. The Parties jointly submit this status letter pursuant to Your Honor's Order in FLSA case.

The Parties participated in mediation on December 15, 2023 with the help of a mediator. The mediation did not result in a settlement; however, the Parties continue to engage in settlement discussion. Defendants will be providing their financial documents within next few days for the Plaintiff to review and the Parties will continue to engage in future settlement negotiations.

Thank you.

Very truly yours,

Diane H. Lee

cc: Adam Sackowitz, Esq. (VIA ECF)