# K<small>ATZ</small>M<small>ELINGER</small>

370 L<small>EXINGTON</small> A<small>VENUE</small>, S<small>UITE</small> 1512
N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10017
www.katzmelinger.com

| | |
|---|---:|
| Adam Sackowitz | t: 212.460.0047 |
| Katz Melinger PLLC | f: 212.428.6811 |
| | ajsackowitz@katzmelinger.com |

February 28, 2024

**V<small>IA</small> ECF**
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:** *Hernandez v. Sun Fish Inc. et al.*
      **Civil Action No. 1:23-cv-1246**

Your Honor:

  Our office represents the plaintiff, Leonel Gonzalez Hernandez, in the above-captioned matter. We write jointly with counsel for Defendants pursuant to the Court's directive at the February 16, 2024 initial conference to advise the Court that the parties have conferred and do not believe that a settlement conference would be productive at this time. If anything changes, we will so advise the Court.

  We thank the Court for its consideration.

                   Respectfully submitted,

                   Adam Sackowitz

Cc: All counsel of record (via ECF)