# The Law Offices of Diane H. Lee, P.C.*

| | |
|---|---|
| **1630 Center Avenue** | **11 E. 44th Street** |
| **Fort Lee, NJ 07024** | **Suite 1001** |
| **TEL: (201)363-0101** | **New York, NY 10017** |
| (201)482-4183 | |
| (551)309-9833 | |
| DLEE@DHLLAW.COM | |
| www.thelawofficesofdianehlee.com | |
| *Member of NY and NJ Bars | |

**PLEASE REPLY TO**
**FORT LEE OFFICE**

December 2, 2024

**VIA ECF**
Honorable Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re; Hernandez v. Sun Fish Inc., et al (Case No. 23-cv-01246)**

Dear Judge Kuo:

My firm represents the Defendants in the above-referenced matter.

The undersigned respectfully submits to the Court that the undersigned reviewed draft joint letter to Your Honor prior to the Plaintiff's submission to Court and that the Defendants do not have a different position regarding the Plaintiff's proposal to the remaining discovery issues, taking into account Defendant Kim's condition or what is known to Defendant Kim regarding his current medical condition. Thank you.

Respectfully,

Diane H. Lee

cc: Adam Sackowitz, Esq. (VIA ECF)